# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Baptist,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Microchip Technology Incorporated, et al.,<br><br>　　　　　Defendants. | NO. CV-14-01027-PHX-SRB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 23, 2016, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 23, 2016

　　　　　　　　　　　　　　　　s/ Leann Dixon
　　　　　　　　　　　　　By　　Deputy Clerk